## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT PARKERSBURG

**CONN FEAMSTER and
SANDRA FEAMSTER,**

   **Plaintiffs,**

**v.**          **CIVIL ACTION NO.  6:10-CV-00241**
             **The Honorable Joseph R. Goodwin**

**HIGHMARK WEST VIRGINIA INC. d/b/a
MOUNTAIN STATE BLUE CROSS BLUE
SHIELD, and RELATIONAL MANAGEMENT
SERVICES, LLC,**

   **Defendants.**

## <u>CERTIFICATE OF SERVICE</u>

   I, Jeffrey V. Mehalic, hereby certify that on this 17th day of June, 2010, I electronically

filed the foregoing with the Clerk of this Court using the CM/ECF system which will send

notification of such filing to the following:

Robert J. Kent, Esquire
Bowles Rice McDavid Graff & Love LLP
P. O. Box 49
Parkersburg, WV 26102-0049
*Counsel for Defendant Highmark West Virginia Inc.*

Jan L. Fox, Esquire
Steptoe & Johnson PLLC
P. O. Box 1588
Charleston, WV 25326-1588
*Counsel for Defendant Relational Management
Services, LLC*

Sara E. Hauptfuehrer, Esquire
Steptoe & Johnson PLLC
P. O. Box 2190
Clarksburg, WV 26302-2190
*Counsel for Defendant Relational Management
Services, LLC*

/s/ Jeffrey V. Mehalic
Jeffrey V. Mehalic (WV State Bar No. 2519)