IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT PARKERSBURG

**CONN FEAMSTER and**
**SANDRA FEAMSTER,**

      **Plaintiffs,**

v.                             **CIVIL ACTION NO. 6:10-CV-00241**
                                   **The Honorable Joseph R. Goodwin**

**HIGHMARK WEST VIRGINIA INC. d/b/a**
**MOUNTAIN STATE BLUE CROSS BLUE**
**SHIELD, and RELATIONAL MANAGEMENT**
**SERVICES, LLC,**

      **Defendants.**

## AMENDED CERTIFICATE OF SERVICE

I, Jeffrey V. Mehalic, hereby certify that on this 17th day of June, 2010, I electronically filed the foregoing **PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD** with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Robert J. Kent, Esquire
Bowles Rice McDavid Graff & Love LLP
P. O. Box 49
Parkersburg, WV 26102-0049
*Counsel for Defendant Highmark West Virginia Inc.*

Jan L. Fox, Esquire
Steptoe & Johnson PLLC
P. O. Box 1588
Charleston, WV 25326-1588
*Counsel for Defendant Relational Management Services, LLC*

Sara E. Hauptfuehrer, Esquire
Steptoe & Johnson PLLC
P. O. Box 2190
Clarksburg, WV 26302-2190
*Counsel for Defendant Relational Management Services, LLC*

                                              /s/ Jeffrey V. Mehalic
                                              Jeffrey V. Mehalic (WV State Bar No. 2519)