IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT PARKERSBURG

**CONN FEAMSTER and**
**SANDRA FEAMSTER,**

      **Plaintiffs,**

v.                            **CIVIL ACTION NO. 6:10-CV-00241**
                                  **The Honorable Joseph R. Goodwin**

**HIGHMARK WEST VIRGINIA INC. d/b/a**
**MOUNTAIN STATE BLUE CROSS BLUE**
**SHIELD, and RELATIONAL MANAGEMENT**
**SERVICES, LLC,**

      **Defendants.**

## AMENDED CERTIFICATE OF SERVICE

I, Jeffrey V. Mehalic, hereby certify that on this 17th day of June, 2010, I electronically filed the foregoing **PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD** with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Robert J. Kent, Esquire<br>Bowles Rice McDavid Graff & Love LLP<br>P. O. Box 49<br>Parkersburg, WV 26102-0049<br>*Counsel for Defendant Highmark West Virginia Inc.* | Jan L. Fox, Esquire<br>Steptoe & Johnson PLLC<br>P. O. Box 1588<br>Charleston, WV 25326-1588<br>*Counsel for Defendant Relational Management Services, LLC*<br><br>Sara E. Hauptfuehrer, Esquire<br>Steptoe & Johnson PLLC<br>P. O. Box 2190<br>Clarksburg, WV 26302-2190<br>*Counsel for Defendant Relational Management Services, LLC* |

/s/ Jeffrey V. Mehalic
Jeffrey V. Mehalic (WV State Bar No. 2519)