# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 7/6/2010                                               Case Number 6:10-cv-241
Case Style: Feamster vs. Mountain State Blue Cross
Type of hearing Motion Hearing
Before the honorable: 2513-Goodwin
Court Reporter Barbara Steinke                               Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Jeffrey V. Mehalic and Roy F. Harmon , III


Attorney(s) for the Defendant(s) Robert J. Kent . Jan L. Fox and Sara E. Hauptfuehrer


Law Clerk Mary Claire Davis                                  Probation Officer

Trial Time


Non-Trial Time

Motions hearing (without evidence). Type:


Court Time

10:00 am   to 10:45 am
Total Court Time: 0 Hours 45 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

Scheduled start time 10:00 a.m.
Actual start time 10:00 a.m.

Counsel for parties present
Motion to dismiss by defendant, Highmark West Virginia, Inc. [Docket 18]
Plaintiffs' counsel addresses the court
Defendants' counsel addresses the court
Discussion of the Plan and Group Contract
Parties are to submit the complete Plan to the court for review.
End time 10:45 a.m.