IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG

CONN FEAMSTER and
SANDRA FEAMSTER,

        Plaintiffs,

vs.                                          Civil Action No. 6:10cv241
                                                Chief Judge Goodwin

HIGHMARK WEST VIRGINIA INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD and RELATIONAL
MANAGEMENT SERVICES, LLC,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2011 I electronically filed this certificate of service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants; and on this same day have served "Notice of Video Deposition of Lance Davis via Video Conference" by e-mail and by depositing a true copy thereof in the United States Mail, postage prepaid, addressed to counsel as follows:

        Jeffrey V. Mehalic
        2011 Quarrier Street
        P.O. Box 11133
        Charleston, WV 25339-1333
        jeff@mehaliclaw.com

        Roy F. Harmon III, Esq.
        Harmon & Major
        P.O. Box 8954
        Greenville, SC 29604
        harmonmajor@gmail.com

Robert J. Kent, Esq.
Bowles Rice McDavid Graff & Love LLP
United Square, Fifth Floor
501 Avery Street
Parkersburg, WV 26101
rkent@bowlesrice.com

/s/ Sara E. Hauptfuehrer
Sara E. Hauptfuehrer (WV Bar #8931)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
(304) 933-8183 facsimile
Sara.Hauptfuehrer@steptoe-johnson.com

4