# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### PARKERSBURG

**CONN FEAMSTER and**
**SANDRA FEAMSTER,**

      **Plaintiffs,**

**vs.**
                                         **Civil Action No. 6:10-cv-241**
                                         **Chief Judge Goodwin**

**HIGHMARK WEST VIRGINIA INC.**
**d/b/a MOUNTAIN STATE BLUE CROSS**
**& BLUE SHIELD and RELATIONAL**
**MANAGEMENT SERVICES, LLC,**

      **Defendants.**

## NOTICE OF WITHDRAWAL OF MOTION TO STAY

Defendant Relational Management Services, LLC ("RMS") hereby withdraws the motion to stay filed in this action on October 5, 2010.  Because this action has not been stayed, the parties have proceeded to engage in discovery and are approaching the discovery cut-off in this case of January 31, 2011.  Thus, a stay would not be appropriate at this point.  Counsel for Defendant Highmark West Virginia Inc. has authorized the undersigned to represent that he does not object to RMS's withdrawal of the motion to stay.

Dated January 14, 2011.

**RELATIONAL MANAGEMENT
SERVICES, LLC**

By Counsel

/s/ Sara E. Hauptfuehrer
Sara E. Hauptfuehrer (WV Bar #8931)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
(304) 933-8183  facsimile
Sara.Hauptfuehrer@steptoe-johnson.com

Jan L. Fox (WV Bar #1259)
Steptoe & Johnson PLLC
P.O. Box 1588
Charleston, WV 25326-1588
(304) 353-8000
(304) 353-8180 facsimile
Jan.Fox@steptoe-johnson.com

*Attorneys for Defendant Relational
Management Services, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG**

**CONN FEAMSTER and
SANDRA FEAMSTER,**

       **Plaintiffs,**

**vs.**                                       **Civil Action No. 6:10cv241
Chief Judge Goodwin**

**HIGHMARK WEST VIRGINIA INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD and RELATIONAL
MANAGEMENT SERVICES, LLC,**

       **Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2011, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to the following CM/ECF participants:

> Jeffrey V. Mehalic
> 2011 Quarrier Street
> P.O. Box 11133
> Charleston, WV 25339-1333
> jeff@mehaliclaw.com
>
> Roy F. Harmon III, Esq.
> Harmon & Major
> P.O. Box 8954
> Greenville, SC  29604
> harmonmajor@gmail.com

Robert J. Kent, Esq.
Bowles Rice McDavid Graff & Love LLP
United Square, Fifth Floor
501 Avery Street
Parkersburg, WV  26101
rkent@bowlesrice.com

/s/ Sara E. Hauptfuehrer
Sara E. Hauptfuehrer (WV Bar #8931)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
 (304) 933-8000
(304) 933-8183  facsimile
Sara.Hauptfuehrer@steptoe-johnson.com