IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG

**CONN FEAMSTER and**
**SANDRA FEAMSTER,**

   **Plaintiffs,**

vs.               **Civil Action No. 6:10-cv-241**
                 **Chief Judge Goodwin**

**HIGHMARK WEST VIRGINIA INC.**
**d/b/a MOUNTAIN STATE BLUE CROSS**
**& BLUE SHIELD and RELATIONAL**
**MANAGEMENT SERVICES, LLC,**

   **Defendants.**

## NOTICE OF VIDEO DEPOSITION OF LANCE DAVIS VIA VIDEO CONFERENCE

  Please take notice that Defendant Relational Management Services, LLC ("RMS"), by its undersigned attorney, will take the discovery video deposition upon oral examination, of **Lance Davis on Monday, January 31, 2011, at 9:00 a.m. Mountain Time (11:00 a.m. Eastern Time).** Mr. Davis will appear before a court reporter and a videographer, with video conference connection, at the offices of Avanti Executive Suites, 299 S Main Street, Suite 1300, Salt Lake City, Utah. Counsel for RMS will conduct the deposition via video conference connection from the offices of Steptoe & Johnson PLLC, 400 White Oaks Boulevard, Bridgeport, West Virginia. You may appear at either location and cross-examine if you wish.

  The taking of said deposition may be adjourned or continued from time to time without further notice other than oral notice to counsel at the time of such adjournment or continuance.

Dated January 14, 2011.

        **RELATIONAL MANAGEMENT SERVICES, LLC**

        By Counsel

        /s/ Sara E. Hauptfuehrer
        Sara E. Hauptfuehrer (WV Bar #8931)
        Steptoe & Johnson PLLC
        400 White Oaks Boulevard
        Bridgeport, WV 26330
        (304) 933-8000
        (304) 933-8183 facsimile
        Sara.Hauptfuehrer@steptoe-johnson.com

        Jan L. Fox (WV Bar #1259)
        Steptoe & Johnson PLLC
        P.O. Box 1588
        Charleston, WV 25326-1588
        (304) 353-8000
        (304) 353-8180 facsimile
        Jan.Fox@steptoe-johnson.com

        *Attorneys for Defendant Relational Management Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG

**CONN FEAMSTER and**
**SANDRA FEAMSTER,**

     **Plaintiffs,**

vs.                                           **Civil Action No. 6:10cv241**
                                                  **Chief Judge Goodwin**

**HIGHMARK WEST VIRGINIA INC.**
**d/b/a MOUNTAIN STATE BLUE CROSS**
**& BLUE SHIELD and RELATIONAL**
**MANAGEMENT SERVICES, LLC,**

     **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2011 I electronically filed this certificate of service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants; and on this same day have served "Notice of Video Deposition of Lance Davis via Video Conference" by e-mail and by depositing a true copy thereof in the United States Mail, postage prepaid, addressed to counsel as follows:

    Jeffrey V. Mehalic
    2011 Quarrier Street
    P.O. Box 11133
    Charleston, WV 25339-1333
    jeff@mehaliclaw.com

    Roy F. Harmon III, Esq.
    Harmon & Major
    P.O. Box 8954
    Greenville, SC  29604
    harmonmajor@gmail.com

3

Robert J. Kent, Esq.
Bowles Rice McDavid Graff & Love LLP
United Square, Fifth Floor
501 Avery Street
Parkersburg, WV 26101
rkent@bowlesrice.com

/s/ Sara E. Hauptfuehrer
Sara E. Hauptfuehrer (WV Bar #8931)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
 (304) 933-8000
(304) 933-8183  facsimile
Sara.Hauptfuehrer@steptoe-johnson.com