IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG

**CONN FEAMSTER and
SANDRA FEAMSTER,**

      **Plaintiffs,**

v.                                     **CIVIL ACTION NO. 6:10-cv-241**
                                                       **(Chief Judge Goodwin)**

**HIGHMARK WEST VIRGINIA INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD and RELATIONAL
MANAGEMENT SERVICES, LLC,**

      **Defendants.**

<u>**AMENDED NOTICE DEPOSITION OF PLAINTIFF CONN FEAMSTER**</u>

Please take notice that on **Tuesday, February 8, 2011**, beginning upon the conclusion of the deposition of Plaintiff Sandra Feamster on that day, counsel for Defendant Relational Management Services, LLC in the above-styled action will take the deposition of **Conn Feamster** upon oral examination by stenographic means, at the Hampton Inn, located at 30 Coleman Drive, Lewisburg, West Virginia**.**

The taking of the deposition may be adjourned or continued from time to time without further notice other than oral notice to counsel at the time of such adjournment or continuance.

The undersigned counsel has retained a court reporter to be present to transcribe the testimony.  You may obtain a copy of the transcript at your expense if you desire.

Dated this 25[h] day of January, 2011.

        **RELATIONAL MANAGEMENT SERVICES, LLC**

        By Counsel

        /s/ Sara E. Hauptfuehrer
        Sara E. Hauptfuehrer (WV Bar #8931)
        Steptoe & Johnson PLLC
        400 White Oaks Boulevard
        Bridgeport, WV 26330
        (304) 933-8000
        (304) 624-8183  facsimile
        Sara.Hauptfuehrer@steptoe-johnson.com

        Jan L. Fox (WV Bar #1259)
        Steptoe & Johnson PLLC
        P.O. Box 1588
        Charleston, WV 25326-1588
        (304) 353-8000
        (304) 353-8180 facsimile
        Jan.Fox@steptoe-johnson.com

        *Attorneys for Defendant Relational Management Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG

**CONN FEAMSTER and
SANDRA FEAMSTER,**

      **Plaintiffs,**

vs.                                 **Civil Action No. 6:10cv241
Chief Judge Goodwin**

**HIGHMARK WEST VIRGINIA INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD and RELATIONAL
MANAGEMENT SERVICES, LLC,**

      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2011 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

        Jeffrey V. Mehalic
        2011 Quarrier Street
        P.O. Box 11133
        Charleston, WV 25339-1333
        jeff@mehaliclaw.com

        Roy F. Harmon III, Esq.
        Harmon & Major
        P.O. Box 8954
        Greenville, SC  29604
        harmonmajor@gmail.com

        Robert J. Kent, Esq.
        Bowles Rice McDavid Graff & Love LLP
        United Square, Fifth Floor
        501 Avery Street

Parkersburg, WV 26101
rkent@bowlesrice.com

/s/ Sara E. Hauptfuehrer
Sara E. Hauptfuehrer (WV Bar #8931)
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
(304) 933-8000
(304) 624-8183  facsimile
Sara.Hauptfuehrer@steptoe-johnson.com