IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG

CONN FEAMSTER and
SANDRA FEAMSTER,

        Plaintiffs,

v.                                  CIVIL ACTION NO. 6:10-cv-241
                                       (Chief Judge Goodwin)

HIGHMARK WEST VIRGINIA INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD and RELATIONAL
MANAGEMENT SERVICES, LLC,

        Defendants.

**NOTICE BY DEFENDANT RELATIONAL MANAGEMENT SERVICES OF JOINDER IN DEFENDANT HIGHMARK'S MOTION TO EXTEND THE DEADLINE FOR FILING DISPOSITIVE MOTIONS AND REQUEST FOR EXPEDITED RULING**

        COMES NOW Defendant Relational Management Services (hereinafter "RMS") and joins in Defendant Highmark West Virginia Inc.'s (hereinafter "Highmark") motion to amend the scheduling order and extend the deadline for filing dispositive motions.[1]  For the reasons stated in Highmark's motion and because the transcript of another deposed witness, Lance Davis of Solacium Holdings LLC, who was deposed on January 31, 2011 has not yet been prepared, RMS likewise requests that the dispositive motion deadline be extended to March 11, 2011, with responses due by March 25, 2011, and replies due by April 1, 2011.  Given the impending summary judgment deadline, RMS also requests that Defendant Highmark's ruling be given expedited consideration.

---

[1] Like Defendant Highmark, RMS is only seeking an extension of the dispositive motion deadline and is not seeking an extension of any other deadline within the Court's scheduling order.

Dated this 11th day of February, 2011.

        **RELATIONAL MANAGEMENT SERVICES, LLC**

        By Counsel

        /s/ J A Curia
        Jan L. Fox (WV Bar #1259)
        J A Curia III (WV Bar #10043)
        Steptoe & Johnson PLLC
        P.O. Box 1588
        Charleston, WV 25326-1588
        (304) 353-8000
        (304) 353-8180 facsimile
        Joseph.Curia@steptoe-johnson.com

        Sara E. Hauptfuehrer (WV Bar #8931)
        Steptoe & Johnson PLLC
        400 White Oaks Boulevard
        Bridgeport, WV 26330
        (304) 933-8000
        (304) 624-8183  facsimile
        Sara.Hauptfuehrer@steptoe-johnson.com

        *Attorneys for Defendant Relational Management Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
PARKERSBURG

CONN FEAMSTER and
SANDRA FEAMSTER,

      Plaintiffs,

vs.                                    Civil Action No. 6:10cv241
                                           Chief Judge Goodwin

HIGHMARK WEST VIRGINIA INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD and RELATIONAL
MANAGEMENT SERVICES, LLC,

      Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2011 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

        Jeffrey V. Mehalic
        2011 Quarrier Street
        P.O. Box 11133
        Charleston, WV 25339-1333
        jeff@mehaliclaw.com

        Roy F. Harmon III, Esq.
        Harmon & Major
        P.O. Box 8954
        Greenville, SC  29604
        harmonmajor@gmail.com

Robert J. Kent, Esq.
Bowles Rice McDavid Graff & Love LLP
United Square, Fifth Floor
501 Avery Street
Parkersburg, WV 26101
rkent@bowlesrice.com

                                      s/ Sara E. Hauptfuehrer
                                      Sara E. Hauptfuehrer (WV Bar #8931)
                                      Steptoe & Johnson PLLC
                                      400 White Oaks Boulevard
                                      Bridgeport, WV 26330
                                      (304) 933-8000
                                      (304) 624-8183 facsimile
                                      Sara.Hauptfuehrer@steptoe-johnson.com