AO 440 (Rev. 12/09) Summons in a Civil Action (for an Amended Complaint)

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| CONN FEAMSTER and SANDRA FEAMSTER, et al. <br><br> *Plaintiff* <br><br> v. <br><br> HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 6:10-CV-00241 |

## SUMMONS IN A CIVIL ACTION
*(for an Amended Complaint)*

To: *(Defendant's name and address)*

    L. JAY MITCHELL
    c/o JAN L. FOX, ESQUIRE
    STEPTOE & JOHNSON PLLC
    P. O. BOX 1588
    CHARLESTON, WV 25326-1588

A lawsuit has been filed against you.

    Within 14 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    JEFFREY V. MEHALIC
    LAW OFFICES OF JEFFREY V. MEHALIC
    P. O. BOX 11826
    CHARLESTON, WV 25339-1826

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: FEB 17 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (for an Amended Complaint)  (Page 2)

Civil Action No. 6:10-CV-00241

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                                     *Server's signature*

                                                                     _____
                                                                     *Printed name and title*

                                                                     _____
                                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (for an Amended Complaint)

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| CONN FEAMSTER and SANDRA FEAMSTER, et al.<br><br>*Plaintiff*<br><br>v.<br><br>HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD, et al.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  6:10-CV-00241<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION
(for an Amended Complaint)

To: *(Defendant's name and address)*

    BART MITCHELL
    c/o JAN L. FOX, ESQUIRE
    STEPTOE & JOHNSON PLLC
    P. O. BOX 1588
    CHARLESTON, WV 25326-1588

A lawsuit has been filed against you.

Within 14 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    JEFFREY V. MEHALIC
    LAW OFFICES OF JEFFREY V. MEHALIC
    P. O. BOX 11826
    CHARLESTON, WV 25339-1826

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __FEB 1 7 2011__　　　　　　　　　　　　　　　__/s/ Deputy Clerk__
　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (for an Amended Complaint) (Page 2)

Civil Action No. 6:10-CV-00241

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                           _____
                                                *Server's signature*

                                               _____
                                                *Printed name and title*

                                               _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (for an Amended Complaint)

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| CONN FEAMSTER and SANDRA FEAMSTER, et al. <br><br> *Plaintiff* <br><br> v. <br><br> HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 6:10-CV-00241 |

## SUMMONS IN A CIVIL ACTION
(for an Amended Complaint)

To: *(Defendant's name and address)*

> CHERYL MITCHELL
> c/o JAN L. FOX, ESQUIRE
> STEPTOE & JOHNSON PLLC
> P. O. BOX 1588
> CHARLESTON, WV 25326-1588

A lawsuit has been filed against you.

Within 14 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> JEFFREY V. MEHALIC
> LAW OFFICES OF JEFFREY V. MEHALIC
> P. O. BOX 11826
> CHARLESTON, WV 25339-1826

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 17 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (for an Amended Complaint) (Page 2)

Civil Action No. 6:10-CV-00241

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (for an Amended Complaint)

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

| | |
|---|---|
| CONN FEAMSTER and SANDRA FEAMSTER, et al. <br><br> *Plaintiff* <br><br> v. <br><br> HIGHMARK WEST VIRGINIA INC. d/b/a MOUNTAIN STATE BLUE CROSS BLUE SHIELD, et al. <br><br> *Defendant* | Civil Action No. 6:10-CV-00241 |

## SUMMONS IN A CIVIL ACTION
*(for an Amended Complaint)*

To: *(Defendant's name and address)*

SHARON FINDLAY
c/o JAN L. FOX, ESQUIRE
STEPTOE & JOHNSON PLLC
P. O. BOX 1588
CHARLESTON, WV 25326-1588

A lawsuit has been filed against you.

Within 14 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JEFFREY V. MEHALIC
LAW OFFICES OF JEFFREY V. MEHALIC
P. O. BOX 11826
CHARLESTON, WV 25339-1826

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: FEB 1 7 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (for an Amended Complaint) (Page 2)

Civil Action No. 6:10-CV-00241

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: