IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT PARKERSBURG

CONN FEAMSTER,
SANDRA FEAMSTER,
and JOHN DOES 1-25,

       Plaintiffs,

vs.                                                       CIVIL ACTION NO. 6:10-cv-00241
                                                             JUDGE GOODWIN

HIGHMARK WEST VIRGINIA INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD, RELATIONAL
MANAGEMENT SERVICES, LLC,
SOLACIUM HOLDINGS, LLC,
L. JAY MITCHELL, BART MITCHELL,
CHERYL MITCHELL, and SHARON FINDLAY,

       Defendants.

**MOTION OF DEFENDANT HIGHMARK WEST VIRGINIA INC. TO DISMISS
COUNTS III AND IV OF THE THIRD AMENDED COMPLAINT**

Defendant Highmark West Virginia Inc. ("Highmark WV") hereby requests that the Court dismiss Counts III and IV of the Third Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). A memorandum in support of such motion is being filed herewith.

2

/s/ Robert J. Kent
Robert J. Kent (5010),
Counsel for Defendant Highmark West
 Virginia Inc.
Bowles Rice McDavid Graff & Love LLP
Fifth Floor, United Square
501 Avery Street, Post Office Box 49
Parkersburg, West Virginia  26102
(304) 420-5504
Facsimile (304) 420-5587

Jill E. Hall (8812)
Bowles Rice McDavid Graff & Love LLP
600 Quarrier Street
Charleston, West Virginia  25301
(304) 347-1128
Facsimile (304) 347-2196

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

> Jeffrey V. Mehalic
>
> Roy F. Harmon, III.
>
> Jan L. Fox
>
> Sara E. Hauptfuehrer
>
> Anna F. Ballard
>
> J. A. Curia , III.
>
> Erin Elizabeth Magee

> */s/ Robert J. Kent*  
> Robert J. Kent