IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT PARKERSBURG

CONN FEAMSTER and
SANDRA FEAMSTER,

        Plaintiffs,

v.                                        CIVIL ACTION NO. 6:10-cv-241
                                           (Chief Judge Goodwin)

HIGHMARK WEST VIRGINIA, INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD and RELATIONAL
MANAGEMENT SERVICES, LLC, *et al.*,

        Defendants.

---

## DEFENDANT SOLACIUM HOLDINGS, LLC'S MOTION TO DISMISS

---

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant Solacium Holdings, LLC ("Solacium") respectfully requests that this Court dismiss the plaintiffs' Complaint against it for the reasons so adeptly articulated in the Memorandum of Law in Support of the RMS Defendants' Motion to Dismiss Counts III and IV of the Third Amended Complaint. Solacium notes that Counts III and IV of the Third Amended Complaint are the only Counts asserted against it and that neither Count states a claim upon which relief can be granted.

Although Solacium accepts for the purposes of this pleading only the allegation that it is a fiduciary under RMS' healthcare plan, it vehemently denies those allegations and, to the extent the plaintiff's claims against it survive this Motion, it vigorously disputes the plaintiff's convoluted corporate veil piercing/joint employer/alter-ego contention that it is somehow responsible for a plan wholly unrelated to its own healthcare plan—particularly given

{C2044287.1}

the undisputed fact that any relationship Solacium's affiliates may have had with the co-defendants ended prior to the assertion of the plaintiff's claims that they are entitled to continuing healthcare coverage under COBRA.

Respectfully submitted,

**SOLACIUM HOLDINGS, LLC**

By Counsel

/s/ Erin Elizabeth Magee_____
ERIN ELIZABETH MAGEE (WVBN: 6078)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P. O. Box 553
Charleston, West Virginia 25322
(304) 340-1000
*Counsel for Defendant Solacium Holdings, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PARKERSBURG

**CONN FEAMSTER and
SANDRA FEAMSTER,**

      **Plaintiffs,**

v.                                                        **CIVIL ACTION NO. 6:10-cv-241**
                                                              **(Chief Judge Goodwin)**

**HIGHMARK WEST VIRGINIA, INC.
d/b/a MOUNTAIN STATE BLUE CROSS
& BLUE SHIELD and RELATIONAL
MANAGEMENT SERVICES, LLC,** *et al.,*

      **Defendants.**

### CERTIFICATE OF SERVICE

      I, Erin Elizabeth Magee, do hereby certify that the foregoing ***Defendant Solacium Holdings, LLC's Motion to Dismiss*** has been electronically filed with the Clerk of the Court using the CM/ECF system which will forward notification of such filing to the following CM/ECF participants:

      Jeffrey V. Mehalic
      2011 Quarrier Street
      P. O. Box 11133
      Charleston, WV 25339-1333
      jeff@mehaliclaw.com

      Roy F. Harmon, III
      Harmon & Major
      P. O. Box 8954
      Greenville, SC 29604
      harmonmajor@gmail.com

      Robert J. Kent
      Bowles Rice McDavid Graff & Love LLP
      United Square, Fifth Floor
      501 Avery Street
      Parkersburg, WV 26101
      rkent@bowlesrice.com

>Sara E. Hauptfuehrer
>Steptoe & Johnson PLLC
>400 White Oaks Boulevard
>Bridgeport, WV 26330
>Sara.Hauptfuehrer@steptoe-johnson.com

On this 28th day of April, 2011.

>/s/ Erin Elizabeth Magee
>ERIN ELIZABETH MAGEE (#6078)